GAS 245D     Judgment in a Criminal Case for Revocations

# UNITED STATES DISTRICT COURT
Southern District of Georgia
Augusta Division

| UNITED STATES OF AMERICA | ) | JUDGMENT IN A CRIMINAL CASE |
| --- | --- | --- |
| v. | ) | (For Revocation of Probation of Supervised Release) |
| Natasha Turner | ) | |
| | ) | Case Number: 1:19CR00053-1 |
| | ) | USM Number: 70442-019 |
| | ) | Andrew Alexander Murdison |
| | ) | Defendant's Attorney |

**THE DEFENDANT:**

☒ admitted guilt to violation of mandatory, standard, and special conditions of the term of supervision.

☐ was found in violation of conditions(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
| --- | --- | --- |
| 1 | The defendant failed to answer truthfully all inquiries by the probation officer and failed to follow the instructions of the probation officer (mandatory condition). | March 8, 2019 |
| 2 | The defendant failed to answer truthfully all inquires by the probation officer and failed to follow the instructions of the probation officer (mandatory condition). | March 11, 2019 |

See page two for additional violations

The defendant is sentenced as provided in page 4 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated the condition(s), _____ , and is discharged as to such violation(s).

It is ordered that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the Court and United States Attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec No.: 5898

Defendant's Year of Birth: 1991

City and State of Defendant's Residence:
Grovetown, Georgia

July 20, 2021
Date of Imposition of Judgment

Signature of Judge

Dudley H. Bowen, Jr.
United States District Judge
Name and Title of Judge

July 21, 2021
Date

GAS 245D
Judgment in a Criminal Case for Revocations
Case 1:19-cr-00053-DHB-BKE   Document 22   Filed 07/21/21   Page 2 of 4
Judgment — Page 2 of 4

DEFENDANT: Natasha Turner
CASE NUMBER: 1:19CR00053-1

# ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 3 | The defendant failed to report to the probation officer as directed (standard condition). | March 15, 2019 |
| 4 | The defendant failed to report to the probation officer as directed (standard condition). | May 24, 2019 |
| 5 | The defendant failed to refrain from unlawful use of a controlled substance (standard condition). | May 25, 2019 |
| 6 | The defendant failed to report to the probation officer as directed (standard condition). | July 5, 2019 |
| 7 | The defendant failed to report to the probation officer as directed (standard condition). | August 19, 2019 |
| 8 | The defendant failed to report to the probation officer as directed (standard condition). | October 2, 2019 |
| 9 | The defendant committed another federal, state, or local crime (mandatory condition). | November 6, 2019 |
| 10 | The defendant failed to refrain from unlawful use of a controlled substance (mandatory condition). | August 19, 2020 |
| 11 | The defendant failed to refrain from unlawful use of a controlled substance (mandatory condition). | October 21, 2020 |
| 12 | The defendant failed to report to the probation officer as directed (standard condition). | December 18, 2020 |
| 13 | The defendant failed to report to the probation officer as directed (standard condition). | January 22, 2021 |
| 14 | The defendant failed to report to the probation officer as directed (standard condition). | January 27, 2021 |
| 15 | The defendant left the judicial district without permission of the Court or probation officer (standard condition). | January 28, 2021 |

| | | |
|---|---|---|
| DEFENDANT: | Natasha Turner | |
| CASE NUMBER: | 1:19CR00053-1 | |

# ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 16 | The defendant committed another federal, state, or local crime (mandatory condition). | February 6, 2021 |
| 17 | The defendant failed to notify the probation officer within 72 hours of being arrested or questioned by law enforcement (standard condition). | February 11, 2021 |
| 18 | The defendant failed to report to the probation officer as directed (standard condition). | March 24, 2021 |
| 19 | The defendant left the judicial district without permission of the Court or probation officer (standard condition). | March 24, 2021 |
| 20 | The defendant failed to participate in a mental health treatment as directed (special condition). | May 12, 2021 |
| 21 | The defendant left the judicial district without permission of the Court or probation officer (standard condition). | May 8, 2021 |
| 22 | The defendant failed to follow the rules and regulations of the home confinement program (special condition). | May 8, 2021 |

| | |
|---|---|
| DEFENDANT: | Natasha Turner |
| CASE NUMBER: | 1:19CR00053-1 |

## IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of: <u>9 months, with no term of supervision to follow.</u>

☐ The Court makes the following recommendations to the Bureau of Prisons:

☒ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

    ☐ at _____ ☐ a.m. ☐ p.m. on _____.

    ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☐ before 2 p.m. on _____.

    ☐ as notified by the United States Marshal.

    ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

                                                                                     UNITED STATES MARSHAL

                                             By _____
                                                                DEPUTY UNITED STATES MARSHAL